# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

ANTHONY ELLIS, JR.,          :

     Plaintiff,           :
                            Case No. 3:15cv00433

vs.                        :
                            District Judge Walter Herbert Rice

CITY OF TROTWOOD, *et al.*,    :    Chief Magistrate Judge Sharon L. Ovington

     Defendants.         :

---

## DECISION AND ENTRY

---

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #7), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1.    The Report and Recommendations docketed on February 23, 2016 (Doc. #7) is ADOPTED in full;

2.    Plaintiff's complaint is DISMISSED pursuant to 28 U.S.C. §1915(e)(2);

3.    Michael Wright's Motion to Dismiss (Doc. #4) is DENIED as moot;

4.    The Court certifies under 28 U.S.C. §1915(a)(3) that Plaintiff's appeal, if any, would not be taken in good faith; and,

5.     The case is terminated on the docket of this Court.


_____
Walter Herbert Rice
United States District Judge